# EXHIBIT "A"

# EXHIBIT "A"

1  **REMV**
   BRUCE C. YOUNG, ESQ., Bar #5560
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:   702.862.8800
4  Fax No.:     702.862.8811
   Email: byoung@littler.com
5
   Attorneys for Defendant
6  TRUGREEN LIMITED PARTNERSHIP

7

8                    **DISTRICT COURT**

9                 **CLARK COUNTY, NEVADA**

10

| | |
|---|---|
| 11  ALFONSO GARCIA, an individual, | Case No. A-14-702050-C |
| 12        Plaintiff, | Dept. No. XVI |
| 13  vs. | |
| 14  TRUGREEN LIMITED PARTNERSHIP, a foreign limited partnership; DOE INDIVIDUALS I though X, inclusive; and ROE CORPORATIONS I through X, inclusive, | **NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |
| 15 | |
| 16 | |
| 17        Defendant. | |

18  **TO THE CLERK OF THE EIGHTH JUDICIAL DISTRICT COURT IN AND FOR THE**

19  **COUNTY OF CLARK, STATE OF NEVADA:**

20        NOTICE IS HEREBY GIVEN that on July 11, 2014, Defendant TRUGREEN LIMITED

21  PARTNERSHIP ("Defendant") filed in the United States District Court for the District of Nevada,

22  its Notice of Removal of the above-entitled action from the Eighth Judicial District Court in and for

23  the County of Clark, State of Nevada, to said United States District Court pursuant to 28 U.S.C. §§

24  1331, 1441, and 1446.  A copy of said Notice of Removal is attached to this Notice as **Exhibit "1"**,

25  and is served and filed herewith.

26  / / /

27  / / /

28  / / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

PLEASE TAKE FURTHER NOTICE that the filing of said Notice of Removal, together with the filing of a copy of this Notice to State Court with the Clerk of this Court, effectuates the removal of this action in accordance with 28 U.S.C. §§ 1331, 1441(a) and (c), and 1446.

Dated: July 11, 2014.

Respectfully submitted,

_____
BRUCE C. YOUNG, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
TRUGREEN LIMITED PARTNERSHIP

2.

## PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada, 89169. On July 11, 2014, I served the within document(s):

**NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

☒    By electronic service through Wiznet.

Matthew Q. Callister, Esq.
Mitchell S. Bisson, Esq.
Callister, Immerman + Associates, LLC
823 Las Vegas Boulevard South, 5th Floor
Las Vegas, Nevada 89101
E-mail: mqc@call-law.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 11, 2014, at Las Vegas, Nevada.

/s/ Maribel Rodriguez
Maribel Rodriguez

Firmwide:127873428.1 080558.1000

3.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

**Details of filing:** *Notice to State Court of Filing of Notice of Removal of Civil Action to Federal Court*
**Filed in Case Number:** A-14-702050-C

| | |
|---|---|
| **E-File ID:** | 5870482 |
| **Lead File Size:** | 1255490 bytes |
| **Date Filed:** | 2014-07-11 08:34:00.0 |
| **Case Title:** | A-14-702050-C |
| **Case Name:** | Alfonso Garcia, Plaintiff(s) vs. Trugreen Limited Partnership, Defendant(s) |
| **Filing Title:** | Notice to State Court of Filing of Notice of Removal of Civil Action to Federal Court |
| **Filing Type:** | EFS |
| **Filer's Name:** | Bruce Cameron Young |
| **Filer's Email:** | mrodriguez@littler.com |
| **Account Name:** | British Airways |
| **Filing Code:** | RMFC |
| **Amount:** | $ 3.50 |
| **Court Fee:** | $ 0.00 |
| **Card Fee:** | $ 0.00 |
| **Payment:** | Filing still processing. Payment not yet captured. |
| **Comments:** | |
| **Courtesy Copies:** | |
| **Firm Name:** | Littler Mendelson |
| **Your File Number:** | 080558.1000 |
| **Status:** | Pending - (P) |
| **Date Accepted:** | |
| **Review Comments:** | |
| **Reviewer:** | |
| **File Stamped Copy:** | |
| **Documents:** | Cover Document: <br> Lead Document:   Notice to State.pdf   1255490 bytes |
| **Data Reference ID:** | |
| **Credit Card Response:** | System Response: VUYCC0450AE6 <br> Reference: |