# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALFONSO GARCIA,    )
          Plaintiff,    )    Case No. 2:14-cv-01137-APG-CWH
                                      )
vs.    )    **ORDER**
                                      )
TRUGREEN LIMITED PARTNERSHIP,    )
          Defendant.    )

      This matter is before the Court on Attorneys Matthew Q. Callister and Mitchell S. Bison, of the law firm Callister, Immerman & Associates, LLC, Motion to Withdraw as Counsel of Record (#5) and Motion for Expedited Treatement (#6), both filed July 14, 2014.

      Pursuant to Local Rule IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." *See* LR IA 10-6(b). The undersigned has reviewed the motion for withdrawal (#5) and finds that the requirements for withdrawal have been met. It appears Plaintiff was verbally apprised of the motion and served with a copy of the motion. Accordingly,

      **IT IS HEREBY ORDERED** that Attorneys Matthew Q. Callister and Mitchell S. Bison, of the law firm Callister, Immerman & Associates, LLC, Motion to Withdraw as Counsel of Record (#5) is **granted**.

      **IT IS FURTHER ORDERED** that Motion to Expedite (#6) is **denied as moot.**

      **IT IS FURTHER ORDERED** that the Clerk shall add Plaintiff's last known address and contact information to the docket:

      Alfonso Garcia
      1885 West Bowling Avenue
      Taylorsville, UT 84129
      softball242410@yahoo.com
      702.250.7197

**IT IS FURTHER ORDERED** that withdrawing counsel shall serve a copy of this Order on Plaintiff and file a notice of service within fourteen (14) days.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this Order to Plaintiff at his last known address via United States Mail.

DATED: July 16, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**