UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALFONSO GARCIA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TRUGREEN LIMITED PARTNERSHIP, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:14-cv-01137-APG-CWH<br><br>**Order Accepting Report & Recommendation and Dismissing Case**<br><br>(Dkt. #17) |

　　　　On September 26, 2014, Magistrate Judge Ferenbach entered his Order and Report & Recommendation [Dkt. #17] recommending dismissal of all of Plaintiff's claims.  No objection has been filed to that Report and Recommendation.  Thus, I am not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  The Ninth Circuit has confirmed that a district court is not required to review a magistrate judge's report and recommendation where no objection has been filed. *See United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D.Ariz. 2003) (Based on *Thomas* and *Reyna–Tapia,* "district courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").  Because there is no objection to Magistrate Judge Ferenbach's recommendation, I may accept it without review.

　　　　Nevertheless, I have reviewed the issues set forth in the Report & Recommendation.  In that document, Magistrate Judge Ferenbach sets forth the proper legal analysis, and the factual basis, for his decision. Therefore,

/ / / /

/ / / /

/ / / /

IT IS HEREBY ORDERED that the Report & Recommendation [Dkt. #17] is accepted, and this case is DISMISSED.  The clerk of the court shall enter Judgment accordingly.

Dated: December 22, 2014

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE